UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO.  06-0196M-01 (CR) |
| **EMERSON LEDWELL-BEY,** | : | VIOLATIONS:   18 U.S.C. §2113(a) |
| Defendant. | : | (Bank Robbery) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about April 13, 2006, within the District of Columbia, the defendant, **EMERSON LEDWELL-BEY**, by force, violence and intimidation, did take and attempt to take from the person or presence of another, money, namely $6,290.00, belonging to and in the care, custody, control, management, and possession of the Adams National Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

### COUNT TWO

On or about April 21, 2006, within the District of Columbia, the defendant, **EMERSON LEDWELL-BEY**, by force, violence and intimidation, did take and attempt to take from the person or presence of another, money, namely $2,030.00, belonging to and in the care, custody, control, management, and possession of the PNC Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT THREE

On or about May 4, 2006, within the District of Columbia, the defendant, **EMERSON LEDWELL-BEY**, by force, violence and intimidation, did take and attempt to take from the person or presence of another, money, namely $2,290.00, belonging to and in the care, custody, control, management, and possession of the PNC Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

    KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
BRIAN ROGERS
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4712
Washington, D.C. 20530
(202) 616-1478