UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Mag. No. 06-196M |
| EMERSON LEDWELL-BEY, | : |
| Defendant. | : |

**FILED JUN 0 7 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Emerson Ledwell-Bey, hereby submit this Factual Proffer in Support of Guilty Plea. The essential elements of the offense of Bank Robbery, in violation of 18 U.S.C. § 2113(a), each of which the Government must prove beyond a reasonable doubt, are:

1. That Defendant took money belonging to, or in the care, custody, control, management, or possession of, a bank;

2. That Defendant took the money from the person or presence of another; and

3. That Defendant did so by force and violence or by intimidation.

Had this matter proceeded to trial, the Government was prepared to prove the following beyond a reasonable doubt:

On April 13, 2006, at approximately 12:38 p.m., Defendant, Emerson Ledwell-Bey, entered The Adams National Bank at 1501 K St., N.W., in Washington, D.C. Defendant approached a teller and stated, "Give me all your fifties and twenties." When the teller misunderstood, Defendant repeated, "Give me all your fifties and twenties." The bank teller handed Defendant $6,290 in U.S. currency. Defendant took the money and left the bank.

On May 4, 2006, at approximately 1:53 p.m., Defendant Ledwell-Bey entered PNC Bank at 5252 Wisconsin Ave, N.W., in Washington, D.C. Defendant approached a bank teller, leaned forward with his right hand in his right pocket, and stated, "Give me your twenties and fifties." When the teller misunderstood, Defendant repeated, "Give me your twenties and fifties." The bank teller handed Defendant $2,290 in U.S. currency. Defendant took the money, placed it in a plastic bag that he retrieved from his pocket, and left the bank.

On May 4, 2006, after being advised of his Miranda rights and waiving them, Defendant Ledwell-Bey admitted that he robbed the PNC Bank at 5252 Wisconsin Ave, N.W., earlier that day. He explained that he robbed the bank to get money for drugs, that he stated, "Give me the money" and "Give me twenties and fifties," and that he wore a glove to avoid leaving fingerprints. He further admitted that he robbed two other banks in Northwest Washington, D.C., within the previous month.

This factual proffer is a summary of Defendant Ledwell-Bey's participation in the offenses of Bank Robbery, and is not intended to be a complete accounting of all facts and events related to the offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support Defendant's guilty plea in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
BRIAN P. ROGERS
Special Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Rita Bosworth, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 6/7/06

EMERSON LEDWELL-BEY
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 6-7-06

RITA BOSWORTH
Attorney for Defendant