UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal Action No. 06cr138 |
| : | Judge Colleen Kollar-Kotelly |
| EMERSON LEDWELL-BEY : | |
| : | |
| Defendant   : | |
| : | |

ORDER

The U.S. Probation Department shall prepare and file a pre-sentence report for Emerson Ledwell-Bey by no later than <u>October 13, 2006</u>; the parties' memoranda of law shall be filed by no later than <u>October 20, 2006</u>; and it is further

ORDERED that the defendant shall be sentenced on <u>November 3, 2006, at 9:00 a.m.</u> in Courtroom 28A, 6th Floor, William B. Bryant Annex.

_8/22/06_
Date

_[signature]_
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:   Chambers
Courtroom Clerk
Rita Bosworth, AFPD
Perham Gorji, AUSA
Pretrial Services
Kelli Cave, U.S. Probation Officer