HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-138</u> | NOV – 3 2006 |
| | : | | |
| vs. | : | SSN: | NANCY MAYER WHITTINGTON, CLERK |
| | : | | U.S. DISTRICT COURT |
| LEDWELL-BEY, Emerson | : | Disclosure Date: <u>September 26, 2006</u> | |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:        **For the Government**

(CHECK APPROPRIATE BOX)
    (  )    There are no material/factual inaccuracies therein.
    (  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                    _10/9/06_____
**Prosecuting Attorney**                                                        **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
    (  )    There are no material/factual inaccuracies therein.
    (  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

                                                                    _Rita Bosworth_
                                                                    _10/10/06_

_____          _____
**Defendant**          **Date**          **Defense Counsel**          **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 09, 2006**, to U.S. Probation Officer **Kelli Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr., Chief
        United States Probation Officer