**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | No. 1:06-cr-00138-CKK |
| ) | |
| **EMERSON LEDWELL-BEY,** ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE,**
**SET ASIDE, OR CORRECT SENTENCE**

Per the Standing Order of the U.S. District Court for the District of Columbia issued June 2, 2016, Movant Emerson Ledwell-Bey, through counsel, files this abridged motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence on the basis of *Johnson v. United States*, 135 S. Ct. 2551 (2015). Mr. Ledwell-Bey challenges his career offender sentence under U.S.S.G. § 4B1.1. This motion will be supplemented by October 26, 2016, in accordance with the June 2, 2016, Standing Order.

    Respectfully submitted,

    /s/
    _____
    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER

    JOANNA MUNSON PERALES
    Research & Writing Specialist
    625 Indiana Ave. NW, Ste. 550
    Washington, D.C. 20004
    (202) 208-7500